UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DAVID RODRIGUEZ SANDOVAL,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WARDEN,<br><br>　　　　　　Respondents. | No. 1:26-cv-02386-DJC-SCR<br><br><br>ORDER<br><br>A# 216-930-644 |

Petitioner Cristian David Rodriguez Sandoval is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1). The Court has previously addressed the legal issues raised in the Petition. *Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, No. 2:25-cv-03174-DJC-CKD, 2025 WL 3124116 (E.D. Cal. Nov. 7, 2025).

Pursuant to 28 U.S.C. § 2243, the Court directed Respondents to file a return showing cause why the Court should not grant a writ of habeas corpus and identify any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 5.) Respondents argue that the present case is distinguishable based on the

1

fact that Petitioner was transferred to ICE custody from state custody at the conclusion of a criminal sentence.  (ECF No. 8 at 2.)  This fact does not alter the due process analysis conducted by the Court in the prior cases.  However, it does justify Respondents providing Petitioner with a prompt post-deprivation hearing.  *See J.S.H.M. v. Wofford*, No. 1:25-cv-01309-JLT-SKO, 2025 WL 2938808, at *15 (E.D. Cal. Oct. 16, 2025) .

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would materially distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED for the reasons stated in those prior orders.

Within five (5) days of this Order, Respondents shall afford Petitioner Cristian David Rodriguez Sandoval a constitutionally adequate bond hearing before an Immigration Judge.  The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present.

Petitioner's Motion to Proceed In Forma Pauperis (ECF No. 2) is GRANTED.  The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  __**April 7, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2