UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DAVID RODRIGUEZ SANDOVAL (A#216-930-644),<br>Petitioner,<br>v.<br>WARDEN GOLDEN STATE ANNEX DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-2386-DJC-SCR<br><br>FINDINGS AND RECOMMENDATIONS |

On April 8, 2026, District Judge Calabretta granted Petitioner's pro se petition for a writ of habeas corpus, ordered that Petitioner be provided a constitutionally-adequate bond hearing, and entered judgment. ECF Nos. 9 & 10. On April 23, 2026, Petitioner filed a motion to enforce the judgment, arguing that the immigration judge who convened that bond hearing wrongly found him to be a danger to the community. ECF No. 12. After Judge Calabretta referred the motion to enforce the judgment to the undersigned, and the undersigned set a briefing schedule on that motion, Petitioner filed a document captioned "notice of voluntary dismissal." ECF Nos. 13-14, 17. However, that notice requested that the Court both "grant my petition and cancel this and all pending petitions[.]" ECF No. 17.

On August 21, 2026, the undersigned ordered Petitioner to clarify, within fourteen days, whether he wants the Court to adjudicate his pending motion to enforce the judgment or whether

he wants to withdraw the post-judgment motion. ECF No. 20. Petitioner has not responded to the Court's order. Further, a review of the Immigration and Customs Enforcement detainee locator indicates that he is no longer in immigration detention, which could also mean that he has an executable final order of removal. See https://perma.cc/CV2W-S73M (searchable by A# and country of origin). For all these reasons, the undersigned recommends denying Petitioner's motion to enforce judgment (ECF No. 12) as either moot or as having been withdrawn.

IT IS HEREBY RECOMMENDED that:

1. Petitioner's motion to enforce judgment (ECF No. 12) be denied.
2. This action remain closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE